```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/16
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEVOCEAN JEWELRY LLC

        Plaintiff,

v.

ZAZOOM, LLC

        Defendant.

Docket No. 16-cv-03881(PGG)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Devocean Jewelry LLC and Defendant Zazoom, LLC that Defendant's time to answer or otherwise respond to the Complaint, dated May 24, 2016, filed in the above-captioned case [Dkt. No. 1] shall be extended through and including July 8, 2016.

Dated: June 16, 2016

LIEBOWITZ LAW FIRM, PLLC
By: _____
    Richard Liebowitz
11 Sunrise Plaza, Suite 301
Valley Stream, New York 11580
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Devocean Jewelry LLC*

**SO ORDERED.**

Dated: June 16, 2016

FRANKFURT KURNIT KLEIN & SELZ P.C.
By: _____
    Edward H. Rosenthal
Andrew J. Ungberg
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: 212-980-0120
erosenthal@fkks.com
aungberg@fkks.com

*Attorneys for Zazoom, LLC*

_____
Hon. Paul G. Gardephe
United States District Judge

June 21, 2016